UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Commodity Futures Trading Commission
Rebecca S. Jelinek
2600 Grand Blvd, Suite 210
Kansas City, MO 64108

----------------------------------------------------------X

Civil Action No. 1:23-cv-2691

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Rebecca S. Jelinek__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Commodity Futures Trading Commission__ and a member in good standing of the bar(s) of the State(s) of __Missouri and Kansas__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Commodity and Futures Trading Commission__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: April 12, 2023

Respectfully submitted,

/s/ Rebecca S. Jelinek
Signature of Movant
Firm Name  Rebecca S. Jelinek
Address  2600 Grand Blvd, Suite 210
Kansas City, MO 64108
Email  rjelinek@cftc.gov
Phone  816-960-7700